UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-

RODRIGUEZ, et al,

                              Defendants.
------------------------------------------------------------------X

EX PARTE ORDER

19-Cr-779 (AKH)

Alvin K. Hellerstein, United States District Judge

        Upon the indictment of Jose Rodriguez, a defendant in the above captioned matter, for capital offenses, good cause having been shown and to prevent any delay in retaining those expert and other providers whose participation is necessary to commence preparing the instant case;

    IT IS ORDERED THAT:

1. Prior to submitting a formal case-budget on Excel spreadsheets, this defendant as well as all other defendants in this case charged with capital offenses and represented by CJA Counsel, are authorized to retain the following service providers for the hours and at the rates indicated.

   | | | | |
   |---|---|---|---|
   | A. | Investigator | 150 hours | $85-$95 per hour |
   | B. | Paralegal | 200 hours | $35-$50 per hour |
   | C. | Mitigation Expert | 200 hours | $100 per hour |
   | D. | Associate | 100 hours | $80-$90 per hour |
   | E. | Interpreter | 25 hours | @ CJA Rates |

2. CJA Lead and Learned Counsel, are authorized to expend up to 150 hours each at $195 per hour, prior to submitting a formal Excel spreadsheet budget. The hours authorized for attorneys and expert service providers include time for necessary travel. All counsel and service providers are authorized to submit interim vouchers at intervals appropriate to avoid unnecessary hardship.

Dated:     New York, New York
              2/4, 2020

SO ORDERED:

United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2020