UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                            Plaintiff,

    -v.-

JOSE RODRIGUEZ,
    a/k/a "Hov,"
    a/k/a "Hov Goon."

                            Defendant.
------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

19 Cr. 779 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Pursuant to 18 U.S.C. § 3005, the Court hereby appoints Lou Freeman, a member of the Southern District of New York's Capital Panel, as counsel for the Defendant in this capital case. Mr. Freeman shall act as co-counsel with current counsel, Bruce Koffsky. Mr. Freeman is instructed to promptly enter a notice of appearance.

SO ORDERED.

Dated:    February 10, 2020
               New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

1