# Koffsky & Felsen, LLC

1150 Bedford Street
Stamford, Connecticut 06905
Tel. (203) 327-1500
Fax. (203) 327-7660
bkoffsky@snet.net

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2020

**Via ECF**

March 4, 2020

Hon. Judge Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*So ordered*
*3-5-2020*
[signature]

**Re:   United States v. Jose Rodriguez**
**1:19cr779 (AKH)**

Dear Judge Hellerstein:

The undersigned respectfully moves for permission to have Attorney Louis Freeman appear for both he and I at the status conference before the Court scheduled for March 6, 2020.

The undersigned has been appointed to represent Mr. Jose Rodriguez as Capital Counsel in the above-captioned matter. Attorney Louis Freeman has recently been appointed as Learned Counsel and together we are preparing both the defense in this case and gathering mitigation evidence to present to the Department of Justice as they consider whether this case merits the death penalty as a potential punishment. Your Honor has scheduled a status conference in the above matter for March 6, 2020 but I have been invited to attend a Capital Crimes Mitigation Seminar in Philadelphia that runs from March 5th through March 8th. I respectfully request permission of the Court to have Attorney Freeman appear as counsel for the defendant so that I might attend the seminar.

I have attempted to discuss this request with the defendant but as the correctional facility where he is presently being housed is on complete lock-down (and has been since the middle of last week), I have been unable to discuss my request with him.

Thank you for your kind consideration.

Respectfully submitted,

/s/ *Bruce D. Koffsky*
Bruce D. Koffsky

BDK/me
cc:   All Counsel of Record (via ECF)