# KOFFSKY & FELSEN, LLC
1150 Bedford Street
Stamford, Connecticut 06905
(203) 327-1500
Fax: (203)327-7660

August 3, 2020

Via ECF

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 2540
New York, NY 10007

> The extension request and briefing schedule are so ordered. The next status conference will be held on September 15, 2020, at 11:00am. Time is excluded until September 15, 2020, in the interests of justice and to allow the parties time to brief Defendant's pretrial motions.
> Alvin K. Hellerstein /s/
> August 3, 2020

Re: United States v. Jose Rodriguez
    19-cr-779 (AKH)

Dear Judge Hellerstein:

The undersigned, together with Attorney Louis Freeman, is appointed counsel for Mr. Jose Rodriguez in the above matter. Pursuant to an agreement between the parties, the defendant's substantive motions were due today, August 3, 2020, but as a result of personal matters that have taken the undersigned's time and focus away from preparing the motions, the undersigned respectfully requests that the filing date for defense motions be extended seven (7) days until August 10, 2020. If the Court were to grant this application, the undersigned respectfully requests that the new scheduling Order for motions and responses be as follows:

- August 10, 2020 – Defendant files pretrial motions
- August 24, 2020 – Government files opposition to pretrial motions
- August 31, 2020 – Defendant files reply to Government opposition
- Court to reschedule August 26, 2020 pretrial conference to week of September 7, 2020.

I have discussed this request with A.U.S.A. Maurene Comey who indicates that the government has no objection to the granting of this request.

Thank you for your kind consideration.

Respectfully submitted,

__/s/ *Bruce D. Koffsky*___
Bruce D. Koffsky

BDK/me
cc: All Counsel of Record (via ECF)