UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,              :     **ORDER**
:
:     19 Cr. 779 (AKH)
    -against-                             :
:
JOSE RODRIGUEZ,                         :
:
                       Defendant.       :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        As discussed at the conference held today, November 30, 2020, jury trial set for January 11, 2021, at 10:00 a.m. is adjourned to begin on January 19, 2021, at 10:00 a.m. All other dates and deadlines shall remain the same as previously ordered by the Court. *See* ECF No. 22. The Government's motion to adjourn the trial is denied for reasons stated on the record, and the Government is ordered to file an amended indictment reflecting a separate trial for each Defendant by December 7, 2020. Time is excluded to January 19, 2021, in the interest of justice. *See* 18 U.S.C. § 3161.

        SO ORDERED.

Dated:    November 30, 2020                   /s/ Alvin K. Hellerstein
            New York, New York              ALVIN K. HELLERSTEIN
                                                   United States District Judge